**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JENNY WILSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs, | ) | No: 3 07 0069 |
| vs. | ) | Judge: Nixon/Bryant |
| GUARDIAN ANGEL NURSING, INC., a Tennessee corporation: GUARDIAN ANGEL NURSING, INC., a Mississippi corporation; ON-CALL STAFFING OF TENNESSEE, INC.; ON-CALL STAFFING, INC.; LEAWOOD, INC.; E. L. GARNER, JR.; and E. L. GARNER, III,<br><br>Defendants. | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

Comes Plaintiff Kevin Moran, pursuant to 29 U.S.C. § 216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

[signature]
KEVIN MORAN